MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

<u>DOE V. COMMUNITY MEDICAL PHARMACY, ET. AL.</u>

Civil No. 07CV931 J (NLS)

<u>HON. NAPOLEON A. JONES, JR.</u>                               <u>JUDICIAL LAW CLERK</u>

PROCEEDINGS: <u>X</u>   In Chambers   ___ In Court   ___ Telephonic

Finding that no answer, motion for summary judgment, or other responsive pleading has been filed by Defendant Norma M. Andrade, the Court construes Plaintiff's Motion for Voluntary Dismissal as a Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(i). Accordingly, the present action before the Court is **DISMISSED with prejudice against Defendant Andrade only.** This Notice does not affect the status of the remaining Defendants.

<u>X</u>   Copies to: All Parties

___ Notified by Telephone

cc:   MAGISTRATE JUDGE STORMES
      ALL PARTIES
      COURT CLERK W. SAMUEL HAMRICK, JR.


DATE: <u>08/23/2007</u>                                          INITIALS: <u>AIS</u>  LAW CLERK